IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR173 |
| | § | Judge Mazzant |
| JUAN JOSE RODRIGUEZ JR. (5) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Juan Jose Rodriguez Jr.**, and the government have entered into a plea in relation to the charges now pending before this Court.

    Respectfully submitted,

    BRIT FEATHERSTON
    Acting United States Attorney

    */s/*
    JAY R. COMBS
    Assistant United States Attorney
    101 East Park Boulevard, Suite 500
    Plano, Texas 75074
    (972) 509-1201
    jay.combs@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on the 11th day of October, 2016.

    */s/*
    JAY R. COMBS