IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:14CR173 |
| | § | Judge Mazzant |
| JUAN JOSE RODRIGUEZ JR. (5) | § | |

## FACTUAL BASIS

The defendant, **Juan Jose Rodriguez Jr.**, hereby stipulates and agrees that at all times relevant to the Information herein, the following facts were true:

1.    That the defendant, **Juan Jose Rodriguez Jr.**, who is changing his plea to guilty, is the same person charged in the Information.

2.    That the events described in the Information occurred in the Eastern District of Texas and elsewhere.

3.    That **Juan Jose Rodriguez Jr.** and one or more persons in some way or manner made an agreement to commit the crime charged in the Information, to knowingly and intentionally possess with the intent to distribute and dispense 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

4.    That **Juan Jose Rodriguez Jr.** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5.    That **Juan Jose Rodriguez Jr.** knew that the amount involved during the term of the conspiracy involved at least 450 kilograms of a mixture or substance containing a detectable amount of cocaine.  This amount was involved in the conspiracy

Factual Basis
Page 1

after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

6.      That **Juan Jose Rodriguez Jr.**'s role in this conspiracy was to supply co-conspirators with cocaine from various sources that would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy in the Eastern and Northern Districts of Texas.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.      I have read this Factual Basis and the Information and have discussed them with my attorney.  I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.


Dated: _10 - 5 - 16_          x _____
                                        JUAN JOSE RODRIGUEZ JR.
                                        Defendant


## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8.      I have read this Factual Basis and the Information and have reviewed them with my client.  Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Information.


Dated: _10/5/16_              _____
                                        BRIAN ALAN BOLTON
                                        Attorney for the Defendant


Factual Basis
Page 2