UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case Number  4:14CR173 |
| | § | |
| JUAN JOSE RODRIGUEZ, JR. (5) | § | |

## ORDER DENYING MOTION FOR CONTINUANCE

On this date, the Court considered the Agreed Motion for Continuance (Dkt. #654).  The Court finds that the motion should be DENIED.  Defendant's sentencing shall proceed as scheduled on Tuesday, September 5, 2017, at 12:00 pm.

IT IS SO ORDERED.

**SIGNED this 28th day of August, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE